**No. 46156.**—Protests 974196–G, etc., of T. D. Downing Co. et al. (Boston, etc.).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JULY 3, 1941

**No. 46157.**—Petition 6126–R of William J. Oberle, Inc. (New Orleans).

Opinion by KEEFE, J. From the evidence submitted the court was of the opinion that in making the entries the petitioner was without intention to conceal or misrepresent the facts. The petition was therefore granted.

**No. 46158.**—Petition 6144–R of Hawley & Letzerich (Galveston).

Opinion by KEEFE, J. It appeared that the merchandise belonged to a refugee who has been unable to emigrate to the United States, that it had remained in public stores until it was about to be seized by the Government and sold. The broker therefore made entry at a nominal sum in order to preserve the goods for the owner. He had no knowledge of the contents of the packages. When examined the merchandise was found to have a greater value and the broker was charged with additional duties for undervaluation. The appraiser testified also that there was no attempt to deceive him and no evidence of fraud. The petition was therefore granted.

**No. 46159.**—Petition 5903–R of Spanish Book & Stationery Co. (San Antonio).

Opinion by KEEFE, J. The petitioner was unable to produce sufficient evidence at the trial to establish that the entry was made without intent to defraud or to conceal or misrepresent the facts. A continuance was granted to enable the petitioner to obtain the necessary proof, but there was no appearance on the part of the petitioner when the case was called. The petition was therefore denied.

BEFORE THE SECOND DIVISION, JULY 7, 1941

**No. 46160.**—Protests 979818–G, etc., of N. S. Meyer, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that the woven fabrics are similar to those involved in *Meyer* v. *United States* (6 Cust. Ct. 191, C. D. 459) the protests were sustained.